# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

**AVOYELLES PARISH SCHOOL BOARD**         **CIVIL ACTION #1:08CV1364**

**VS.**         **JUDGE DEE DRELL**

**U.S. DEPT OF INTERIOR**         **MAGISTRATE JUDGE KIRK**

## **FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR RIGHT OF WAY**

**ON MOTION OF** Avoyelles Parish School Board though their attorneys of record CORY P. ROY, JAMES T. LEE AND CHARLES A. RIDDLE, III, who move to Supplement and Amend the original Petition for Right of Way filed herein in the following manner:

I.

To amend and supplement the original Petition for Right of Way by adding paragraphs to be numbered paragraphs 10, 11 and 12 and to read as follows:

10.

In addition to relief requested under State Law, this is an action for all appropriate relief to which plaintiff's are entitled pursuant to 28 U.S.C. § 2409a.

11.

AVOYELLES PARISH SCHOOL BOARD hereby adopts and reiterates all allegations contained in the original Petition for Right of Way.

12.

AVOYELLES PARISH SCHOOL BOARD shows that no responsive pleadings have been filed by any defendant herein; therefore, court approval is not necessary for the filing of this Amended Complaint.

**WHEREFORE**, AVOYELLES PARISH SCHOOL BOARD prays that the foregoing Amended Complaint be filed and all relief prayed for therein be granted.

RESPECTFULLY SUBMITTED:

OFFICE OF THE DISTRICT ATTORNEY - 12TH JDC - PARISH OF AVOYELLES

BY:    /s/ Cory P. Roy
        CORY P. ROY (Bar Roll #27066)
        Assistant District Attorney
        107 North Washington Street
        Post Office Box 544
        Marksville, Louisiana 71351
        (318) 240-7800 – Phone

        *AND*

        JAMES T. LEE (Bar Roll #08268)
        Assistant District Attorney
        Post Office Box 1021
        Bunkie, Louisiana 71322
        (318) 346-6616-Phone

        *AND*

        CHARLES A. RIDDLE, III (Bar Roll #10974)
        District Attorney
        Post Office Box 1200
        Marksville, Louisiana 71351
        (318) 253-4220 – Phone